IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA NGUYEN, TAMICA BREWSTER, and KYLE STRICKENBERGER, on behalf of themselves and all other similarly situated,<br><br>*Plaintiffs*<br><br>v.<br><br>EDUCATIONAL COMPUTER SYSTEMS INC., *d/b/a* HEARTLAND ECSI,<br><br>Defendants. | Case No. 2:22-CV-01743-PLD<br>Judge: Patricia L. Dodge |

## NOTICE OF SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR

In advance of the Final Approval Hearing scheduled for June 24, 2024, the Settlement Administrator has provided an updated Declaration with updated Notice Program Reach data, Claim Activity, the Administrator's Costs, and Exclusions and Objections. The updated Declaration is attached for the Court's review.

Respectfully submitted,

Dated: June 21, 2024

/s/ *Patricia M. Kipnis*
Patricia M. Kipnis
BAILEY & GLASSER LLP
923 Haddonfield Road
Suite 300
Cherry Hill, NJ 08002
(215) 274-9420
*pkipnis@baileyglasser.com*

Kristen G. Simplicio
Hassan A. Zavareei
Glenn E. Chappell
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
(202) 973-0900

1

*ksimplicio@tzlegal.com*
*hzavareei@tzlegal.com*
*gchappell@tzlegal.com*

*Counsel for Plaintiffs*

2

## CERTFICATE OF SERVICE

I hereby certify that on the 21st day of June 2024, the foregoing was electronically filed and served through the Court's CM/ECF system to counsel of record.

_/s/Patricia M. Kipnis_
Patricia M. Kipnis
