IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REBECCA NGUYEN, TAMICA BREWSTER, KYLE STRICKENBERGER, MICHELLE CAYNOR, *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> EDUCATIONAL COMPUTER SYSTEMS, INC., <br><br> Defendant. | 2:22-cv-1743 <br><br> Magistrate Judge Patricia L. Dodge |

## ORDER GRANTING PLAINTIFFS' MOTION
## FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

And now, this 7th day of August, 2024, it is hereby ORDERED that Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF 77) is GRANTED as follows:

1. The Parties have completed all settlement notice obligations imposed by the Notice Plan approved by this Court in the Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF 66).

2. The Settlement is fair, adequate and reasonable, and is hereby approved by the Court.

3. The Settlement Class is finally certified for settlement purposes only.

4. The class and individual claims are dismissed on the merits with prejudice in this Action without costs to Defendant.

5. The Court retains jurisdiction over this action for the purpose of interpretation and enforcement of the Settlement Agreement, including oversight of settlement administration and distribution of settlement funds.

6. Under Rule 54(b), the Court directs entry of a final judgment as to the matters determined by this Final Approval Order and Judgment.

BY THE COURT:

/s/Patricia L. Dodge
PATRICIA L. DODGE
United States Magistrate Judge